**Order entered January 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01551-CV

**MICHAEL DREW, GOVERNMENT ENERGY MANAGEMENT, LLC, ET AL.,**
**Appellants**

**V.**

**ELUMENUS LIGHTING CORPORATION, INC., Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-02318-2013**

Before Chief Justice Wright and Justices Lang-Miers and Brown

## ORDER

This is an interlocutory appeal from an order denying appellants' special appearance. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(7) (West 2013). Pursuant to Texas Civil Practice and Remedies Code section 51.014(b), the commencement of trial pending resolution of the appeal is stayed. *See id.* 51.014(b). By motion filed December 20, 2013, appellants seek to expand the stay to "all" proceedings in the trial court, including discovery. Appellee opposes the motion.

We **GRANT** the motion and **STAY** all further proceedings in the trial court, including discovery, pending resolution of the appeal or further order of this Court. *See* TEX. R. APP. P. 29.3; *Oryx Capital Int'l, Inc. v. Sage Apartments*, 167 S.W.3d 432, 436-37 (Tex. App.—San

Antonio 2005, no pet.); *Lacefield v. Elec. Fin. Grp., Inc.*, 21 S.W.3d 799, 800 (Tex. App.—Waco 2000, order) (per curiam).


                                      /s/       ELIZABETH LANG-MIERS
                                                     JUSTICE